IN THE UNITED STATES DISTRICT COURT
Northern DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Benjamin Lewis, | Case No. 1:17-cv-3478 |
| Plaintiff, | Honorable John Z. Lee |
| v. | |
| Ocwen Loan Servicing, LLC, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| Defendant. | |

___

**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

The Plaintiff, Benjamin Lewis ("Plaintiff"), and Defendant, OCWEN LOAN SERVICING, LLC ("Defendant") (jointly the "Parties"), hereby move this Honorable Court to dismiss the above-entitled action with prejudice. In support of this joint motion, the Parties state as follows:

1. The Parties have reached a settlement in this action;
2. The Parties to this litigation have jointly entered into this Stipulation;
3. Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;
4. The Parties are to bear their own fees and costs;
5. The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiff and the Defendant; and
6. The Parties agree that this Court may proceed to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREFORE, the Parties jointly move this Court to dismiss the above-captioned action with prejudice.

Dated: October 24, 2018	HYDE & SWIGART

                By:	*/s Anthony Chester*
                      Anthony P. Chester (P77933)
                      HYDE & SWIGART
                      120 South 6th Street, Suite 2050
                      Minneapolis, MN 55402
                      Telephone: (952) 225-5333
                      Email: tony@westcoastlitigation.com


Dated: October 24, 2018	HINSHAW & CULBERTSON LLP

                By:	*/s Jennifer W. Weller*
                      Jennifer W. Weller
                      HINSHAW & CULBERTSON LLP
                      151 North Franklin Street, Suite 2500
                      Chicago, IL 60606
                      Telephone: (312) 704-3000
                      Email: jweller@hinshawlaw.com