UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Benjamin Lewis
                                        Plaintiff,
v.                                                        Case No.: 1:17−cv−03478
                                                          Honorable John Z. Lee
Ocwen Mortgage Servicing, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 25, 2018:

   MINUTE entry before the Honorable John Z. Lee: Pursuant to the stipulation to dismiss, this case is dismissed with prejudice, with each party to bear their own fees and costs. Civil case terminated. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.